In the Matter of the Probate of the Last Will and Testament of Mary Backus, Deceased. Harvey Backus, Appellant; Edward B. Skinner, as Executor, etc., Respondent. - Decree affirmed, with costs to the respondent payable out of the estate. All concurred.

William H. Griffin, Respondent, v. C. H. Rugg Co., Appellant, Impleaded, etc.— Appeal dismissed, without costs upon stipulation filed.

Barbara Kern, Respondent, v. Martin Stuczkewicz, Appellant.— Judgment and order affirmed, with costs. All concurred.

Nicholas G. Kempf and Another, as Executors, etc., of George Kempf, Deceased, Plaintiffs, v. William H. Biers and Others, Respondents, and John T. Ryan, Appellant.— Motion granted allowing John T. Ryan to withdraw his appeal upon payment of ten dollars costs and taxable disbursements on appeal.

In the Matter of the Application of the Grade Crossing Commissioners of the City of Buffalo, Respondents, for the Appointment of Commissioners, etc., in Relation to Lands Claimed to Be Owned by Buffalo Veneer Company and Others. International Railway Company, Appellant; City of Buffalo and Others, Respondents. (Proceeding No. 110.) — Order affirmed, with ten dollars costs and disbursements. All concurred.

Cornelia M. Mabie, Respondent, v. Edmund Seymour and Others, Appellants.— Interlocutory judgment reversed, without costs, and case remitted to Special Term to make proper decision with findings of fact and conclusions of law as directed by section 1022 of the Code of Civil Procedure. All concurred.

Elijah P. Rogers, Appellant, v. George W. Rogers, Respondent. Elijah P. Rogers, Appellant, v. George W. Rogers and Frank J. Rogers, Respondents.— Judgment in each case affirmed, with costs. All concurred.

Samuel W. Rose, as Administrator, etc., Appellant, v. Morningside Cemetery Association of Syracuse, Respondent.— Appeal dismissed, without costs, upon stipulation filed.

Fred K. Speer, Appellant, v. City of Jamestown and Thomas Mahoney, Respondents.— Motion for leave to appeal to Court of Appeals granted, and question for review certified.